UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In Re: ) | |
| ) | |
| COURT OPERATIONS UNDER ) | |
| THE EXIGENT CIRCUMSTANCES ) | |
| CREATED BY THE COVID-19 ) | GENERAL ORDER 2020-1 |
| CORONAVIRUS & RELATED ) | |
| PANDEMIC PRECAUTIONS ) | |

**GENERAL ORDER**

The United States Centers for Disease Control and Prevention and the Maine Center for Disease Control and Prevention have issued guidance about the national outbreak of respiratory illnesses caused by the COVID-19 virus, a novel coronavirus. Both report that the spread of the COVID-19 virus is a pandemic. The *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine* (2020) calls for the suspension of certain court activities during a pandemic/infectious disease outbreak.

In consideration of the pandemic resulting from the COVID-19 virus and the need to protect public health, criminal and civil jury trials and grand jury proceedings must be immediately suspended in the District of Maine to reduce the congregation of large numbers of people in courthouses.

ACCORDINGLY:

1. All civil and criminal (grand and petit) jury selections and jury trials scheduled to commence before any district or magistrate judge in the District of Maine are hereby CONTINUED pending further Order of the Court;

2. All grand jury proceedings in the District of Maine are hereby CONTINUED pending further Order of the Court. Due to the unavailability of a grand jury in this District during the pendency of this General Order, the 30-day time period for filing an indictment is tolled as to each defendant until this General Order terminates. *See* 18 U.S.C. § 3161(b);

3. The Court finds that the ends of justice served by ordering the continuance of all criminal jury trials outweighs each defendant's right to and the public's interest in speedy indictment or trial. Therefore, the time period of the continuances implemented by this General Order will be excluded

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), subject to the entry of an order addressing the same by the presiding judge in each case. Individual judges presiding over criminal proceedings may take such actions consistent with this General Order as may be lawful and appropriate to ensure the fairness of the proceedings and preserve the rights of the parties, particularly where defendants are detained pending trial;

4. This General Order does not address or limit the scheduling of non-jury criminal and civil trials, hearings, and events in the District of Maine;

5. The Edward T. Gignoux U.S. Courthouse in Portland and the Margaret Chase Smith U.S. Courthouse in Bangor will remain open for all other business. The public is encouraged to continue utilizing Court services while following applicable public health guidelines and precautions; and

6. This General Order will terminate on May 1, 2020, unless extended by further Order.

SO ORDERED.

/s/ Jon D. Levy
Chief U.S. District Judge

Dated this 13th day of March, 2020.