United States District Court

District of Maine

| | |
|---|---|
| In Re: ) | |
| ) | |
| COURT OPERATIONS UNDER ) | |
| THE EXIGENT CIRCUMSTANCES ) | |
| CREATED BY THE COVID-19 ) | GENERAL ORDER 2020-7 |
| CORONAVIRUS & RELATED ) | |
| PANDEMIC PRECAUTIONS: ) | |
| THE USE OF FACE COVERINGS ) | |
| OR MASKS IN COURT FACILITIES ) | |

**GENERAL ORDER**

This General Order is the seventh general order issued in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine (March 2020).*[1] This General Order requires the use of face coverings or masks in the District's courthouses. Accordingly, as of June 1, 2020, there will be four General Orders in effect: General Order 2020-4, General Order 2020-5, General Order 2020-6, and General Order 2020-7.

The Court hereby adopts and incorporates the findings made in its previous General Orders as to the threat to public health and safety presented by the COVID-19 pandemic. The Court further finds that the national emergency declared by

---

[1] The first General Order continued all civil and criminal (grand and petit) jury selections and jury trials through April 30, 2020, subject to further extension. *See* General Order 2020-1 (D. Me. Mar. 13, 2020). The second General Order superseded and replaced the first General Order. *See* General Order 2020-2 (D. Me. Mar. 18, 2020). It addressed the scope of in-court operations and related matters including jury (grand and petit) matters, scheduling and deadlines in criminal and civil cases, and the availability of telephone conference and video teleconference proceedings. *See id.* The third General Order complemented the second General Order. *See* General Order 2020-3 (D. Me. Mar. 25, 2020). It provided for the use of telephonic hearings in criminal cases, including changes of plea and sentencing hearings in certain cases. *See id.* The fourth General Order partially superseded the second General Order and fully superseded the third General Order. *See* General Order 2020-4 (D. Me. Mar. 31, 2020). It authorizes telephone conferencing and video teleconferencing, under certain circumstances and with the consent of the defendant, for various criminal case events during the COVID-19 pandemic. *See id.* The fifth General Order addresses the scope of in-court operations and related matters including jury (grand and petit) matters, scheduling and deadlines in criminal and civil cases, and the availability of telephone conference and video teleconference proceedings. *See* General Order 2020-5 (D. Me. Apr. 29, 2020). The sixth General Order addresses the Court's procedures for emergency requests for compassionate release pursuant to Section 603 of the First Step Act, 18 U.S.C. § 3582(c) and (d). *See* General Order 2020-6 (D. Me. May 11, 2020).

1

President Donald J. Trump and the state of emergency declared by Maine Governor Janet T. Mills remain in effect.

The Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to slow the spread of COVID-19, including recommending the use of face coverings or masks in public settings. Accordingly, to protect public health and safety, it is hereby ordered that:

**A. Face Coverings and Masks**

1. All persons seeking entry to, or occupying, the Edward T. Gignoux Courthouse in Portland, the United States Bankruptcy Court in Portland, or the third floor of the Margaret Chase Smith Federal Building in Bangor must wear a face covering or mask.

2. The Court will provide masks to its employees and those visitors entering the courthouses who do not have a mask.

3. Face coverings and masks are not required for children under age 2, anyone who has trouble breathing or related medical conditions, or anyone who is unable to remove the mask without assistance. A person who cannot wear a face covering or mask because of a medical condition is not required to produce medical documentation of the condition, except that the Court may require such documentation from an employee in accordance with state and federal law.

4. Face coverings and masks must cover the nose and mouth; fit snugly but comfortably against the side of the face; be secured with ties or ear loops; have multiple layers of fabric; allow for breathing without restriction; and either be disposable or be able to be laundered and machine dried without damage or change to its shape.

5. If the Court is unable to provide a mask for any reason, the employee or visitor will be asked to contact the office to be visited by telephone to explore alternatives to entering the Courthouse.

6. Face coverings and masks must be worn in publicly accessible areas such as court security screening entrances, hallways, courtrooms, conference rooms, and elevators, as well as in any area where at least six feet of social

   distancing cannot be maintained. If the wearer is a court employee who is alone in a private office, cubicle, or workspace where at least six feet of physical distance from other persons can be maintained, the wearer may temporarily remove the mask.

7. This General Order does not address or control the wearing of face coverings or masks within a courtroom during a judicial proceeding.

**B. Effectiveness; Termination.** This General Order takes effect at 11:59 p.m. on June 1, 2020 and shall remain in effect until 11:59 p.m. on December 31, 2020, unless terminated sooner.

**SO ORDERED.**

Dated: June 1, 2020

                                                  **/s/ Jon D. Levy**
                                    **CHIEF U.S. DISTRICT JUDGE**