# United States District Court

## District of Maine

| | |
|---|---|
| In Re: ) | |
| ) | |
| COURT OPERATIONS UNDER ) | |
| THE EXIGENT CIRCUMSTANCES ) | |
| CREATED BY THE COVID-19 ) | GENERAL ORDER 2020-8 |
| CORONAVIRUS & RELATED ) | |
| PANDEMIC PRECAUTIONS ) | |

## GENERAL ORDER

This General Order is the eighth issued in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine (March 2020)*. This General Order addresses grand jury proceedings in June, and jury impanelment and jury trials in July.

The Court hereby adopts and incorporates the findings made in the previous General Orders as to the threat to public health and safety presented by the COVID-19 pandemic. The Court further finds that the national emergency declared by President Donald J. Trump and the state of emergency declared by Maine Governor Janet T. Mills remain in effect.

Accordingly, to protect public health and safety, and to reduce the size of public gatherings and unnecessary travel, it is ORDERED:

A. <u>Juries</u>.

1. All grand jury proceedings scheduled to be held in the District of Maine in June are CONTINUED. Due to the unavailability of a grand jury in this District in June, the 30-day time period for filing an indictment is tolled as to each defendant until this General Order terminates. *See* 18 U.S.C. § 3161(b).

2. All civil and criminal jury selections and jury trials scheduled to commence in the District of Maine in July are CONTINUED.

B. <u>Continuances in Criminal Cases</u>. For every continuance entered in a criminal case pursuant to this General Order or a prior General Order, the time period of the continuance will be excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), subject to the entry of an order addressing the same by the presiding Judge in each case. The Court finds that the ends of justice served by taking such action outweigh the interests of the parties and the public in a speedy trial. The presiding Judge may extend or modify the period of exclusion as circumstances may warrant.

C. <u>Deadlines in Criminal and Civil Cases</u>. This General Order does not contain a general extension or suspension of any court deadlines. A party who desires the extension or suspension of a deadline in a criminal or civil case should file a written motion in accordance with the applicable rule or rules.

    **SO ORDERED.**

Dated: June 3, 2020

                                                              /s/ **Jon D. Levy**
                                            **CHIEF U.S. DISTRICT JUDGE**