## U.S. District Court

## District of Maine

| | | |
|---|---|---|
| COURT OPERATIONS UNDER )<br>THE EXIGENT CIRCUMSTANCES )<br>CREATED BY THE COVID-19 )<br>CORONA VIRUS & RELATED )<br>PANDEMIC PRECAUTIONS: )<br>COURT OPERATIONS )<br>ADVISORY COMMITTEE ) | | GENERAL ORDER 2020-9 |

## ESTABLISHMENT OF COURT OPERATIONS ADVISORY COMMITTEE

In light of the public emergency arising out of the COVID-19 pandemic and to protect public health, the U.S. District Court for the District of Maine hereby establishes the COURT OPERATIONS ADVISORY COMMITTEE ("COAC"). COAC shall provide comment and advice on issues related to the District of Maine's ongoing response to the COVID-19 pandemic and plans for the resumption of in-court events. A roster of the members of the Committee is appended hereto.

Unless terminated earlier or extended, this General Order shall remain in effect until 11:59 p.m. on December 31, 2020.

**SO ORDERED** this 10th day of June, 2020.

                                                  **/s/ Jon D. Levy**
                                         **CHIEF U.S. DISTRICT JUDGE**

# COURT OPERATIONS ADVISORY COMMITTEE

### U.S. District Court

Jon D. Levy, Chief Judge (chair)
John A. Woodcock, Jr., Senior Judge
John C. Nivison, Magistrate Judge
Christa K. Berry, Clerk of Court
Eric M. Storms, Deputy Clerk of Court
Julie Rodrigue, Bangor Deputy in Charge

### U.S. Marshal Service

Theodor Short, U.S. Marshal for the District of Maine
Dean Knightly, Supervisory Deputy U.S. Marshal, Portland Operations
Josh Taylor, Supervisory Deputy U.S. Marshal, Bangor Operations

### General Services Administration

Ann Goodridge, Supervisory Property Manager

### U.S. Attorney for the District of Maine

Halsey B. Frank, U.S. Attorney
F. Todd Lowell, Assistant U.S. Attorney
Joel B. Casey, Assistant U.S. Attorney

### U.S. Federal Defender

David R. Beneman, U.S. Federal Defender
James S. Nixon, Assistant U.S. Federal Defender

### U.S. Probation and Pretrial Services

Kimberly Rieger, Chief Probation Officer
Michael Penders, Deputy Chief Probation Officer

### Private Practice Representatives:

Carol J. Garvan, Esq., Augusta
Katharine I. Rand, Esq., Portland
Terence M. Harrigan, Esq. Bangor
Zachary L. Heiden, Esq., Portland
Timothy E. Zerillo, Esq., Portland