## United States District Court

### District of Maine

| | |
|---|---|
| In Re: | ) |
| | ) |
| COURT OPERATIONS UNDER | ) |
| THE EXIGENT CIRCUMSTANCES | ) |
| CREATED BY THE COVID-19 | )   GENERAL ORDER 2020-10 |
| CORONAVIRUS & RELATED | ) |
| PANDEMIC PRECAUTIONS | ) |

**GENERAL ORDER**

This General Order is the tenth issued in response to the outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine (March 2020)*. The Court hereby adopts and incorporates the findings made in the previous General Orders as to the threat to public health and safety presented by the COVID-19 pandemic. This General Order continues criminal and civil jury empanelment and trials in August and September 2020, and reauthorizes the use of video teleconferencing, or telephone conferencing if videoconferencing is not reasonably available, in keeping with the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), Pub. L. No. 116-136, 134 Stat. 281 (2020).

**A. Criminal and Civil Jury Empanelment and Trials in August and September 2020**

To protect public health and safety, and to reduce the size of public gatherings and unnecessary travel, it is ORDERED:

1. <u>Juries</u>. All criminal and civil jury empanelment and trials scheduled to commence in the District of Maine in August and September 2020 are CONTINUED.

2. <u>Continuances in Criminal Cases</u>. For every continuance entered in a criminal case pursuant to this General Order or a prior General Order, the time period of the continuance will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), subject to the entry of an order addressing the same by the presiding Judge in each case. The Court finds that the ends of justice served by taking such action outweigh the interests of the parties and the public in a speedy trial. The presiding Judge may extend or modify the period of exclusion as circumstances may warrant.

3. <u>Deadlines in Criminal and Civil Cases</u>.  This General Order does not contain a general extension or suspension of any court deadlines.  A party who desires the extension or suspension of a deadline in a criminal or civil case should file a written motion in accordance with the applicable rule or rules.

**B. Reauthorization of Videoconferencing and Telephone Conferencing**

1. <u>Finding</u>.  In accordance with Section 15002(b)(3)(A) of the CARES Act, I have reviewed the need for the continued use of videoconferencing or telephone conferencing, if videoconferencing is not reasonably available, as originally authorized by General Order 2020-4 (March 31, 2020).  I find that the use of videoconferencing or telephone conferencing, if videoconferencing is not reasonably available, continues to be necessary to protect public health and safety.

2. <u>Reauthorization</u>.  Accordingly, I hereby reauthorize the use of videoconferencing and telephone conferencing, if videoconferencing is not reasonably available, until 11:59 p.m. on September 28, 2020.  In addition, General Order 2020-4 is continued in effect until 11:59 p.m. on September 28, 2020.

**SO ORDERED.**

Dated:  June 30, 2020

                                              /s/ Jon D. Levy
                                    **CHIEF U.S. DISTRICT JUDGE**