United States District Court

District of Maine

| | |
|---|---|
| In Re: )<br>)<br>COURT OPERATIONS UNDER )<br>THE EXIGENT CIRCUMSTANCES )<br>CREATED BY THE COVID-19 )<br>CORONAVIRUS & RELATED )<br>PANDEMIC PRECAUTIONS: )<br>THE USE OF FACE COVERINGS )<br>OR MASKS IN COURT FACILITIES ) | GENERAL ORDER 2020-7<br>(Amended, January 22, 2021) |

**GENERAL ORDER**

This General Order is the seventh general order issued in response to the COVID-19 pandemic in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine (March 2020)*. This General Order requires the use of face coverings or masks in the District's courthouses.

The Court hereby adopts and incorporates the findings made in its previous General Orders as to the threat to public health and safety presented by the COVID-19 pandemic. In addition, President Joseph R. Biden, Jr. has issued an Executive Order directing federal agencies to take measures to require compliance with the CDC's guidelines regarding mask-wearing, physical distancing, and related public health measures in federal buildings. *See* Executive Order on Protecting the Federal Workforce and Requiring Mask-Wearing, 2021 WL 197411 (Jan. 20, 2021).

Accordingly, to protect public health and safety, it is hereby ordered that:

**A. Face Coverings and Masks**

1. All persons seeking entry to, or occupying, the Edward T. Gignoux Courthouse in Portland, the United States Bankruptcy Court in Portland, or the third floor of the Margaret Chase Smith Federal Building in Bangor must wear a face covering or mask.

2. The Court will provide masks to its employees and those visitors entering the courthouses who do not have a mask.

3. Face coverings and masks are not required for children under age 2, anyone who has trouble breathing or related medical conditions, or anyone who is unable to remove the mask without assistance.  A person who cannot wear a face covering or mask because of a medical condition is not required to produce medical documentation of the condition, except that the Court may require such documentation from an employee in accordance with state and federal law.

4. Face coverings and masks must cover the nose and mouth; fit snugly but comfortably against the side of the face; be secured with ties or ear loops; have multiple layers of fabric; allow for breathing without restriction; and either be disposable or be able to be laundered and machine dried without damage or change to its shape.

5. If the Court is unable to provide a mask for any reason, the employee or visitor will be asked to contact the office to be visited by telephone to explore alternatives to entering the Courthouse.

6. Face coverings and masks must be worn in publicly accessible areas such as court security screening entrances, hallways, courtrooms, conference rooms, and elevators, as well as in any area where at least six feet of social distancing cannot be maintained.  If the wearer is a court employee who is alone in a private office, cubicle, or workspace where at least six feet of physical distance from other persons can be maintained, the wearer may temporarily remove the mask.

7. This General Order does not address or control the wearing of face coverings or masks within a courtroom during a judicial proceeding.

**B. Effectiveness; Termination.**  This General Order takes effect at 11:59 p.m. on January 22, 2021 and shall remain in effect until further Order of the Court.

**SO ORDERED.**

Dated:  January 22, 2021

_____/s/ Jon D. Levy_____
**CHIEF U.S. DISTRICT JUDGE**

*Note Regarding January 22, 2021, Amendment:*

General Order 2020-7, originally entered on June 1, 2020, was amended effective January 22, 2021, to remove the expiration date and to note President Biden's issuance of an Executive Order addressing public health measures in federal buildings.