**United States District Court**
**District of Maine**

| | |
|---|---|
| In Re: ) | |
| ) | |
| COURT OPERATIONS UNDER ) | |
| THE EXIGENT CIRCUMSTANCES ) | |
| CREATED BY THE COVID-19 ) | GENERAL ORDER 2020-16 |
| CORONAVIRUS & RELATED ) | (Amended, February 3, 2021) |
| PANDEMIC PRECAUTIONS ) | (Amended, March 30, 2021) |

**GENERAL ORDER**

This General Order is the sixteenth issued in response to the outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine (March 2020).* The Court hereby adopts and incorporates the findings made in the Court's previous General Orders as to the threat to public health and safety presented by the COVID-19 pandemic.

This General Order addresses petty offenses and some misdemeanor offenses committed on federal property and initiated by violation notice that are pending with the Central Violations Bureau ("CVB cases") for which hearings are to be held in the District of Maine.

General Order 2021-2 (Mar. 12, 2020) addresses hearings and jury trials in civil and criminal cases, and continues the time period set forth in the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). To protect public health and safety, and to reduce the frequency and size of public gatherings and the frequency of unnecessary travel, it is hereby ORDERED that all in-court hearings in CVB cases are continued through July 31, 2021, unless otherwise ordered by the presiding judge.

**Effectiveness:** This General Order takes effect on 11:59 p.m. on October 30, 2020, and shall remain in effect through July 31, 2021 or when superseded by a future Order of the Court.

**SO ORDERED.**

Dated: March 30, 2021.

                                                                                                 /s/ Jon D. Levy
                                                                             **CHIEF U.S. DISTRICT JUDGE**

*Note Regarding February 3, 2021, Amendment:*

General Order 2020-16, originally entered on October 30, 2020, was amended effective February 3, 2021, to extend the expiration date from February 26, 2021, to March 31, 2021.

*Note Regarding March 30, 2021, Amendment:*

General Order 2020-16, as amended on February 3, 2021, was amended effective March 30, 2021, to extend the expiration date from March 31, 2021, to July 31, 2021 and to provide that hearings may be held at the discretion of the presiding judge.