## U.S. District Court

## District of Maine

| | | |
|---|---|---|
| COURT OPERATIONS UNDER | ) | |
| THE EXIGENT CIRCUMSTANCES | ) | |
| CREATED BY THE COVID-19 | ) | |
| CORONA VIRUS & RELATED | ) | GENERAL ORDER 2020-9 |
| PANDEMIC PRECAUTIONS: | ) | (Amended, May 5, 2021) |
| COURT OPERATIONS | ) | (Amended, December 10, 2021) |
| ADVISORY COMMITTEE | ) | |

### ESTABLISHMENT OF COURT OPERATIONS ADVISORY COMMITTEE

In light of the public emergency arising out of the COVID-19 pandemic and to protect public health, the U.S. District Court for the District of Maine hereby establishes the COURT OPERATIONS ADVISORY COMMITTEE ("COAC"). COAC shall provide comment and advice on issues related to the District of Maine's ongoing response to the COVID-19 pandemic and plans for the resumption of in-court events. The members of the Committee shall be appointed by the Chief Judge of the District Court. A roster of the current members of the Committee is appended hereto.

Unless terminated earlier or extended, this General Order shall remain in effect until 11:59 p.m. on December 31, 2022.

**SO ORDERED** this 10th day of December, 2021.

                                                  **/s/ Jon D. Levy**
                                                **CHIEF U.S. DISTRICT JUDGE**

# COURT OPERATIONS ADVISORY COMMITTEE

**U.S. District Court**

    Jon D. Levy, Chief Judge (chair)
    John A. Woodcock, Jr., Senior Judge
    John C. Nivison, Magistrate Judge
    Christa K. Berry, Clerk of Court
    Eric M. Storms, Deputy Clerk of Court
    Julie Rodrigue, Bangor Deputy in Charge

**U.S. Marshal Service**

    Theodor Short, U.S. Marshal for the District of Maine
    Kevin Neal, Chief Deputy, U.S. Marshal
    Dean Knightly, Supervisory Deputy U.S. Marshal, Portland Operations
    Josh Taylor, Supervisory Deputy U.S. Marshal, Bangor Operations

**General Services Administration**

    Dale A. Cullivan, Supervisory Property Manager

**U.S. Attorney for the District of Maine**

    The U.S. Attorney for the District of Maine
    Craig M. Wolff, First Assistant to the U.S. Attorney
    F. Todd Lowell, Assistant U.S. Attorney
    Joel B. Casey, Assistant U.S. Attorney

**U.S. Federal Defender**

    David R. Beneman, U.S. Federal Defender
    James S. Nixon, Assistant U.S. Federal Defender

**U.S. Probation and Pretrial Services**

    Kimberly Rieger, Chief Probation Officer
    Michael Penders, Deputy Chief Probation Officer

**Private Practice Representatives:**

    Carol J. Garvan, Esq., Augusta
    Katharine I. Rand, Esq., Portland
    Terence M. Harrigan, Esq. Bangor
    Zachary L. Heiden, Esq., Portland
    Timothy E. Zerillo, Esq., Portland

*Note Regarding May 5, 2021, Amendment:*

General Order 2020-9 was amended effective May 5, 2021, to extend the expiration date to December 31, 2021 and to provide that the U.S. Attorney or Acting U.S. Attorney, by office rather than individually, is a member of the Court Operations Advisory Committee.

*Note Regarding December 10, 2021, Amendment:*

General Order 2020-9 was amended effective December 10, 2021, to clarify that the members of the Committee are appointed by the Chief Judge of the District Court and to extend the General Order's expiration date to December 31, 2022.