# U.S. District Court

# District of Maine

| | | |
|---|---|---|
| COURT OPERATIONS UNDER | ) | |
| THE EXIGENT CIRCUMSTANCES | ) | |
| CREATED BY THE COVID-19 | ) | |
| CORONA VIRUS & RELATED | ) | GENERAL ORDER 2020-9 |
| PANDEMIC PRECAUTIONS: | ) | (Amended, May 5, 2021) |
| COURT OPERATIONS | ) | (Amended, December 10, 2021) |
| ADVISORY COMMITTEE | ) | (Amended, January 6, 2023) |

## COURT OPERATIONS ADVISORY COMMITTEE

Based on the current conditions associated with the COVID-19 pandemic and to protect public health, the U.S. District Court for the District of Maine hereby establishes the COURT OPERATIONS ADVISORY COMMITTEE ("COAC"). The COAC shall provide comment and advice on issues related to the District of Maine's ongoing response to the COVID-19 pandemic. The members of the COAC shall be appointed by the Chief Judge of the District Court. A roster of the current members of the COAC is appended hereto.

Effective December 31, 2022, unless terminated earlier or extended, this General Order shall remain in effect until 11:59 p.m. on December 31, 2023.

**SO ORDERED** this 6th day of January, 2023.

                                                          /s/ **Jon D. Levy**
                                           **CHIEF U.S. DISTRICT JUDGE**

# COURT OPERATIONS ADVISORY COMMITTEE

**U.S. District Court**

    Jon D. Levy, Chief Judge (chair)
    John A. Woodcock, Jr., Senior Judge
    John C. Nivison, Magistrate Judge
    Christa K. Berry, Clerk of Court
    Eric M. Storms, Deputy Clerk of Court
    Julie Rodrigue, Bangor Deputy in Charge

**U.S. Marshal Service**

    Kevin Neal, Acting U.S. Marshal for the District of Maine
    Dean Knightly, Supervisory Deputy U.S. Marshal, Portland Operations
    Josh Taylor, Supervisory Deputy U.S. Marshal, Bangor Operations

**General Services Administration**

    Scott M. Boucher, Property Manager

**U.S. Attorney for the District of Maine**

    The U.S. Attorney for the District of Maine
    Craig M. Wolff, First Assistant to the U.S. Attorney
    F. Todd Lowell, Assistant U.S. Attorney
    Joel B. Casey, Assistant U.S. Attorney

**U.S. Federal Defender**

    David R. Beneman, U.S. Federal Defender
    James S. Nixon, Assistant U.S. Federal Defender

**U.S. Probation and Pretrial Services**

    Kimberly Rieger, Chief Probation Officer
    Michael Penders, Deputy Chief Probation Officer

**Private Practice Representatives:**

    Carol J. Garvan, Esq., Portland
    Katharine I. Rand, Esq., Portland
    Terence M. Harrigan, Esq. Bangor
    Zachary L. Heiden, Esq., Portland
    Timothy E. Zerillo, Esq., Portland

*Note Regarding May 5, 2021, Amendment:*

General Order 2020-9 was amended effective May 5, 2021, to extend the expiration date to December 31, 2021, and to provide that the U.S. Attorney or Acting U.S. Attorney, by office rather than individually, is a member of the Court Operations Advisory Committee.

*Note Regarding December 10, 2021, Amendment:*

General Order 2020-9 was amended effective December 10, 2021, to clarify that the members of the Committee are appointed by the Chief Judge of the District Court and to extend the General Order's expiration date to December 31, 2022.

*Note Regarding January 6, 2023, Amendment:*

General Order 2020-9 was amended effective December 31, 2022, to update the General Order and extend its effectiveness to December 31, 2023, and to appoint Kevin Neal, Acting U.S. Marshal, and Scott M. Boucher, Property Manager for the General Services Administration, as members of the COAC.